Dismissed and Memorandum Opinion filed November 6, 2003









Dismissed and Memorandum Opinion filed November 6,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00517-CV

____________

 

ALMANSI ENTERPRISE, INC. d/b/a
GMI CREDIT, Appellant

 

V.

 

10475 PARTNERS LTD. d/b/a JAY
MARKS IMPORTS, Appellee

 



 

On Appeal from the County Civil
Court at Law
No. 2

Harris County, Texas

Trial Court Cause No. 775,695

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed November 2,
2002.  On May 29, 2003, this Court
ordered the parties to mediation.  On
October 29, 2003, appellant filed a motion to dismiss the appeal because the
case settled at mediation.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 6, 2003.

Panel consists of Chief Justice Brister and Justices Anderson and Seymore.